# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

W. CHAPELL MUSIC CORP. dba MUSIC CORP., BMG RIGHTS MANAGEMENT (US) LLC dba BMG GOLD SONGS, and AF CIRCLE C FUND LLC dba ARLOVOL MUSIC

v.

AUTHENTIC PROPERTIES LLC, PAUL VLAHAKIS and ARNULFO RAMIREZ-VILLANUEVA

Case No. 23-cv-1107
Hon.

TO: AUTHENTIC PROPERTIES LLC
ADDRESS:
327 Abbot Road
East Lansing, MI 48823

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
  P.O. Box 698, 330 Federal Building, Marquette, MI 49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
  113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Brian D. Wassom (P60381)
Warner Norcross + Judd LLP
45000 River Ridge Drive, Suite 300
Clinton Township, MI 48038

CLERK OF COURT

By: Deputy Clerk                    October 17, 2023
                                    Date

---

## PROOF OF SERVICE

This summons for _____AUTHENTIC PROPERTIES LLC_____ was received by me on _____.
                    (name of individual and title, if any)                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                       (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

    My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                                    _____
                                                    Server's signature

Additional information regarding attempted service, etc.:
                                                    _____
                                                    Server's printed name and title

                                                    _____
                                                    Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

W. CHAPELL MUSIC CORP. dba MUSIC CORP., BMG RIGHTS MANAGEMENT (US) LLC dba BMG GOLD SONGS, and AF CIRCLE C FUND LLC dba ARLOVOL MUSIC

v.

AUTHENTIC PROPERTIES LLC, PAUL VLAHAKIS and ARNULFO RAMIREZ-VILLANUEVA

Case No. 23-cv-1107
Hon.

TO: PAUL VLAHAKIS
ADDRESS:
327 Abbot Road
East Lansing, MI 48823

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Brian D. Wassom (P60381)
Warner Norcross + Judd LLP
45000 River Ridge Drive, Suite 300
Clinton Township, MI 48038

CLERK OF COURT

By: Deputy Clerk

October 17, 2023
Date

## PROOF OF SERVICE

This summons for __PAUL VLAHAKIS__ was received by me on _____.
(name of individual and title, if any)                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                              (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                           (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

W. CHAPELL MUSIC CORP. dba MUSIC CORP.,
BMG RIGHTS MANAGEMENT (US) LLC dba
BMG GOLD SONGS, and AF CIRCLE C FUND LLC
dba ARLOVOL MUSIC

v.

AUTHENTIC PROPERTIES LLC, PAUL
VLAHAKIS and ARNULFO RAMIREZ-
VILLANUEVA

Case No. 23-cv-1107
Hon.

TO: ARNULFO RAMIREZ-VILLANUEVA
ADDRESS:
327 Abbot Road
East Lansing, MI 48823

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Brian D. Wassom (P60381)
Warner Norcross + Judd LLP
45000 River Ridge Drive, Suite 300
Clinton Township, MI 48038

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

CLERK OF COURT

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk       Date: October 17, 2023

## PROOF OF SERVICE

This summons for _____ARNULFO RAMIREZ-VILLANUEVA_____ was received by me on _____.
(name of individual and title, if any)                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                               (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)                   (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                        _____
                                                        Server's signature

Additional information regarding attempted service, etc.:    _____
                                                              Server's printed name and title

                                                              _____
                                                              Server's address